UST-31, 3/03

JILL H. FORD
Chapter 7 Panel Trustee
P.O. Box 5845
CAREFREE, AZ 85377

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| FREDERICK, NICOLE LEEANN | ) | Case No. 09-01954-PHX RJH |
| FREDERICK, ADAM SCOTT | ) | |
| HASTINGS, NICOLE LEEANN | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor(s). | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

JILL H. FORD, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in SEC347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 4 | BANNER HEALTH<br>PATIENT FINANCIAL SERVICES<br>P.O. BOX 2978<br>PHOENIX, AZ. 85062 | $3.26 |

| February 26, 2010 | /s/ Jill H. Ford |
|---|---|
| DATE | JILL H. FORD, TRUSTEE |